

# Fourth Court of Appeals
## San Antonio, Texas

June 8, 2015

No. 04-15-00089-CV

**THE STATE OF TEXAS FOR THE BEST INTEREST AND PROTECTION OF G.O.R.,**
Jr.,

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 2015-MH-0403
Kelly Cross, Judge Presiding

## O R D E R

The State's Motion to Abate Appeal and Remand Case to Trial Court is DENIED.

Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of June, 2015.

Keith E. Hottle
Clerk of Court